UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20624-BB

**UNITED STATES OF AMERICA**

vs.

**JUANA MIRTA QUINTERO and
YUDEL GONZALEZ**

**Defendants.**
_____/

## FIRST SPEEDY TRIAL REPORT

The Court directed the parties to file Speedy Trial reports consistent with Southern District of Florida Local Rule 88.5 ("Rule 88.5"). Pursuant to the Court's Order and Rule 88.5, the United States submits the following Speedy Trial report:

1. On September 24, 2019, a 10-count indictment was returned against the defendants. [D.E. 3].

2. On September 26, 2019, Defendant Juana Quintero made her initial appearance. [D.E. 7].

3. The following day, on September 27, 2019, Defendant Yudel Gonzalez made his initial appearance. [D.E. 9.].[1] Both defendants were arraigned on October 1, 2019. [D.E. 13-14].

4. The Speedy Trial Act provides that the trial of a defendant charged by indictment

---

[1] Although the docket suggests Defendant Gonzalez's initial appearance was on September 30, 2019, Gonzalez's initial appearance was on Friday, September 27, 2019.

"shall commence within seventy days from the filing date (and making public) of the . . . indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." 18 U.S.C. § 3161(c)(1).

5. The statute lists various periods of delay that are excluded from the computation of when a trial shall commence. *See* 18 U.S.C. § 3161(h)(1).

6. Here, the Speedy Trial period began to run on September 26, 2019 for Defendant Quintero, and on September 27, 2019 for Defendant Gonzalez, the dates on which the defendants made their initial appearances.

7. There is no excludable time recorded on the docket on which the parties are in conflict.

8. Accordingly, for Defendant Quintero, twenty-nine (29) days have elapsed on her speedy trial clock. As of today, forty-one (41) days remain on Defendant Quintero's speedy trial clock, and the final date upon which she can be tried in compliance with the Speedy Trial Plan of this Court is December 5, 2019.

9. For Defendant Gonzalez, twenty-eight (28) days have elapsed on his speedy trial clock. As of today, forty-two (42) days remain on Defendant Gonzalez's speedy trial clock, and the final date upon which he can be tried in compliance with the Speedy Trial Plan of this Court is December 6, 2019.

The undersigned Trial Attorney has consulted with counsel for each of the Defendants, who advised that they do not object to the United States' Speedy Trial calculation.

Dated: October 25, 2019                     Respectfully submitted,

                                            ROBERT ZINK
                                            CHIEF, FRAUD SECTION

                                            ARIANA FAJARDO ORSHAN

                                      UNITED STATES ATTORNEY

By:    */s/ Alexander Pogozelski*
        Alexander Pogozelski (FL Bar # A5502549)
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Tel: (202) 510-2208
        Email: alexander.pogozelski@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By:    */s/ Alexander T. Pogozelski*
                Alexander Pogozelski (FL Bar # A5502549)
                Trial Attorney
                United States Department of Justice
                Criminal Division, Fraud Section
                1400 New York Avenue, N.W.
                Washington, D.C. 20005
                Tel: (202) 510-2208
                Email: alexander.pogozelski@usdoj.gov