UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20624-AHS

UNITED STATES OF AMERICA

v.

JUANA QUINTERO,

        Defendant.
_____/

### AGREED FACTUAL BASIS FOR GUILTY PLEA

Defendant Juana Quintero (the "Defendant" or "Quintero") hereby acknowledges and agrees that, if this case were to go to trial, the United States would establish and prove the following facts beyond a reasonable doubt:

From in or around April 2013 through in or around January 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, Quintero did knowingly and willfully combine, conspire, confederate, and agree with co-conspirators, in violation of Title 18, United States Code, Section 1956(h), to commit money laundering, that is, to conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole or in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i). The specified unlawful activity was conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349; health care fraud, in violation of Title 18, United States Code, Section 1347; wire fraud, in violation of Title 18, United States Code, Section 1343; and conspiracy to pay and receive health care kickbacks, in violation of Title 18, United States Code, Section 371.

Golden Home Health Care, Inc. ("Golden"), Homestead Home Health Care LLC ("Homestead"), and MA Home Health Agency, Inc. ("MA") were Florida entities that did business as home health agencies in Miami-Dade County, Florida. Golden, Homestead, and MA were engaged in health care fraud by, among other things, paying kickbacks to patient recruiters and submitting false and fraudulent claims to Medicare. All Services 24/7 Inc. and Everyday Professional Care Service, Inc. were shell companies established by Quintero's son and co-conspirator, Yudel González. Neither All Services 24/7 Inc. nor Everyday Professional Care Service, Inc. provided any legitimate services to Golden, Homestead, or MA.

Between April 2013 and January 2015, Quintero and others received and cashed checks issued by Golden, Homestead, and MA with an aggregate value of $1,347,388. Those checks were drawn on the bank accounts of Golden, Homestead, and MA, and represented the proceeds of health care fraud and wire fraud. Quintero and her co-conspirators cashed the checks issued by Golden, Homestead, and MA, and collected a fee for doing so. Quintero then returned the remaining fraud proceeds in cash to individuals at Golden, Homestead, and MA for their own use and to further the fraud. Quintero knew and understood that the checks she and her co-conspirators received and cashed represented

the proceeds of some form of unlawful activity carried out by Golden, Homestead, and MA. Some of the checks Quintero directed others to cash had memo lines with notations such as "Professional Services," despite the fact that the individuals cashing those checks did not provide any legitimate services to the home health agencies in exchange for the amount of said checks.

In total, as a result of Quintero's participation in this scheme, the value of laundered funds was approximately $1,347,388.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning the criminal activity in which I and others were engaged. I make this statement knowingly and voluntarily because I am in fact guilty of the crimes charged.

Date: 02/07/20   By: _____
JUANA QUINTERO
DEFENDANT

Date: 02/07/20   By: _____
KIRSTEN NELSON
COUNSEL FOR THE DEFENDANT

Date: 2/7/20   By: _____
ALEXANDER THOR POGOZELSKI
TRIAL ATTORNEY
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE